# EXHIBIT C

Claim Number: 36508451
Please fax or mail the completed application to:

The Hartford
PO Box 14869
Lexington, KY 40512
Fax Number: 833-357-5153

**APPLICATION FOR LONG TERM DISABILITY INCOME BENEFITS**

THE HARTFORD

**Employee's Statement**
To be completed by the Employee (BE SURE TO ANSWER ALL QUESTIONS - FAILURE TO DO SO MAY DELAY YOUR CLAIM.)

### A. Information about you

Last Name: **Russo**   First Name: **Luciano**   Middle Initial: **A.**   Date of Birth: **8/7/72**   Social Security Number: **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**

Address: (Street, City, State & Zip Code) **228 91st Street Brooklyn, NY 11209**   Gender: ☑ Male ☐ Female

E-Mail Address: **cooch8772@yahoo.com**
E-Mail is used to provide The Hartford At Work registration instructions and important status updates.

Personal Cell Telephone Number: **917-440-4547**   Alternate Telephone Number: **(718) 491-3502**

May we have your authorization to leave confidential medical and benefit information on your personal cell phone? ☑ Yes ☐ No

Signature: **Luciano A. Russo**   Date: **5/9/23**

Marital Status: ☑ Married ☐ Single ☐ Divorced ☐ Widowed

Your employer: (include division, if applicable) **National Grid**   Occupation: **Dispatcher**

When your disability began, did you have more than one employer (includes self-employment)? ☐ Yes ☑ No  If "Yes," please provide the name, address and phone number of that employer. Indicate the dates when you worked (or were self-employed).

Please indicate the extent of your formal education: (Check one)
☐ HS/GED ☐ Trade School/Certification Program ☐ AA/AS ☐ BA/BS ☐ Masters ☐ Doctorate ☑ Some college
☐ Other   List all licenses, certifications, majors

Have you served in the military? ☐ Yes ☑ No

Briefly describe your past work experience for the last 20 years. (Begin with your most recent job.)

| Dates Employed | Employer | Job Title | Duties |
|---|---|---|---|
| 2/25/02 | National Grid/Keyspan | Dispatcher Post 98 | Classify & Dispatch Gas Leaks |

Now, or at some time in the future, would you be interested in seeking rehabilitation to some other kind of work? ☐ Yes ☑ No

Have you contacted your State Department of Vocational Rehabilitation? ☐ Yes ☑ No  If "Yes," please include the name, address and telephone number of your counselor.

### B. Information About your Family (required to determine your eligibility for Social Security Benefits)

Legal Spouse's Name: (Last, First) **Russo, Nellie J. (JELL)**

Legal Spouse's Social Security Number: **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**   Date of Birth: (Month/Day/Year) **11/20/71**   Is your legal spouse employed? ☑ Yes ☐ No   Retired? ☐ Yes ☑ No

Do you have any children under Age 19? ☑ Yes ☐ No  If "Yes," please provide the information requested below for each child.

Name: **GianMatteo Nicola Russo**   Date of Birth: **11/11/07**   Social Security Number: **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**

Name:   Date of Birth:   Social Security Number:

Name:   Date of Birth:   Social Security Number:

Do you have any children with disabilities (regardless of age)? ☐ Yes ☑ No  If "Yes," please provide the information requested below for each child

Name:   Date of Birth:   Social Security Number:

Name:   Date of Birth:   Social Security Number:

### C. Information About the Condition Causing Your Disability

**1a. For illness, answer the following questions:**

What were your first symptoms?
**Chronic & severe IBS/Spastic Colon, Pelvic floor disorder/weakness**

When did you first notice them? **20+ years ago/worsening over time**   Have you had this illness before? ☑ Yes ☐ No  If so, when?
**I'VE HAD FMLA FOR THIS FOR OVER 9 YEARS**

LC-7709-2   Page 1 of 5   07/2020



Claim Number: 36508451

## C. Information About the Condition Causing Your Disability (cont'd...)

**1b.** Next to any Activity of Daily Living (ADL), please place the number shown next to the statement that most accurately reflects your ability/inability to perform each: 1 = I can perform this activity independently; 2 = I can perform this activity with the use of equipment or adaptive devices; 3 = I cannot perform this activity

- ( 1 ) Bathe (tub, shower, or sponge)
- ( 1 ) Dress
- ( 1 ) Toilet
- ( 1 ) Transfer from Bed to Chair
- ( 1 ) Voluntary bladder and bowel control or ability to maintain a reasonable level of personal hygiene.
- ( 1 ) Feed yourself with food that has been prepared and made available to you.

If you indicated (3) for any of the above activities, please describe the impairment and restrictions to your functionality that preclude you from performing this activity.

Height: **6'1"**   Weight: **225**

Have you suffered a severe Cognitive Impairment that renders you unable to perform common tasks, such as using the phone, money management, or medication management?  [ ] Yes  [✓] No  If "Yes," describe:

**2. For an injury, answer the following questions:**
When, where and how did the injury occur?

**3. For Illness, Injury or Pregnancy, answer the following questions:**

Date you were first treated by a Healthcare Provider? (FOR THIS OCCURRENCE) **10/4/22** (Month/Day/Year)

Name of Healthcare Provider: **DR. EUGENE GIBILARO**
Address of Healthcare Provider: **623 BAY RIDGE PKWY. BROOKLYN, NY 11209**

Before you stopped working, did your condition require you to change your job, or the way you did your job?  [ ] Yes  [✓] No
If "Yes," explain:

What aspect of your condition made you unable to work? **I need to have access to a private bathroom at all times. National Grid has revoked/refused to continue reasonable medical accommodation request.**

Is your condition related to work activities or your workplace?  [ ] Yes  [✓] No  If "Yes," explain:

Have you filed, or do you intend to file a Workers' Compensation claim?  [ ] Yes  [✓] No

## D. Information About the Disability

Last day you worked before the disability: **9/25/22** (Month/Day/Year)

Did you work a full day?  [✓] Yes  [ ] No  If "No," explain.

Since that date, have you done any work?  [ ] Yes  [✓] No  If "Yes," please indicate dates worked, name of employer, and amount earned.

Date you were first unable to work: **9/29/22** (Month/Day/Year)

If you have not returned to work, do you expect to?  [ ] Yes  [✓] No  Part time _____ (date)  Full time _____ (date)
**not at this time**

## E. Information About Healthcare Providers and Hospitals

First medical attention for the current disability was given by (complete below)

Healthcare Provider's Name: **DR. EUGENE GIBILARO**
Telephone: **(718) 630-5408**   Fax: **(718) 748-6487**   Specialty: **internal medicine**
Address: (Street, City, State & Zip) **623 Bay Ridge Pkwy. Brooklyn, NY 11209**
Dates seen: **10/4/22 to ongoing**

List all Healthcare Providers and Hospitals you have seen for this condition (attach separate sheet, if needed)

Healthcare Provider's Name: **Dr. Paul Piccione**
Telephone: **(718) 748-5219**   Fax: **(718) 439-4873**   Specialty: **Gastroenterologist**
Address: (Street, City, State & Zip) **560 Bay Ridge Pkwy. Brooklyn, NY 11209**
Dates seen: **2005 to ongoing**

Hospital:
Address: (Street, City, State & Zip)
Dates of Confinement: ___ to ___

LC-7709-2          Page 2 of 5          07/2020



Claim Number: 36508451

### E. Information About Healthcare Providers and Hospitals (Cont...)

Have you consulted any other Healthcare Provider or been hospitalized in the past three years? ☐ Yes ☐ No
If "Yes," complete the following concerning your past treatment (attach separate sheet, if needed)

| Healthcare Provider's Name: EUGENE GIBLYN | Telephone ( ) | Specialty |
| --- | --- | --- |
| | Fax: ( ) | |

| Address (Street, City, State, Zip) | Dates seen to |
| --- | --- |

Hospital

| Address (Street, City, State, Zip) | Dates of Confinement to |
| --- | --- |

### F. Other Income

Check the other income benefits you have received/are receiving, or are eligible to receive during your disability (complete the information requested).

| Source of Income | Amount (week/month) | Date Claim was filed | Date Payments began | Date Payments ended |
| --- | --- | --- | --- | --- |
| Social Security: Disability/Retirement | $ / | | | |
| Social Security: Widow's/Widower's | $ / | | | |
| Sick Pay or Salary continuation | $2,102.80 week | 9/29/22 | 9/29/22 | 2/1/23 |
| Income from Work | $ / | | | |
| Workers' Compensation | $ / | | | |
| State Disability | $ / | | | |
| Pension: Disability/Retirement | $ / | | | |
| Public Employee/State Teacher: Retirement/Disability | $ / | | | |
| Short Term Disability | $ / | | | |
| Unemployment | $ / | | | |
| No-Fault Insurance | $ / | | | |
| Other (include individual Group Benefits or Veteran's Benefits) | $ / | | | |

Are you paying for Medicare Part D? ☐ Yes ☑ No   If "Yes," please enter amount: _____ .00.



The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries, including underwriting companies Hartford Life and Accident Insurance Company and Hartford Fire Insurance Company. Home Office is Hartford, CT. The Hartford is the administrator for certain group benefits business written by Aetna Life Insurance Company and Talcott Resolution Life Insurance Company (formerly known as Hartford Life Insurance Company). The Hartford also provides administrative and claim services for employer leave of absence programs and self-funded disability benefit plans.

LC-7709-2                   Page 3 of 5                   07/2020



Claim Number: 36508451

**Signature - Please read the statement that applies to your state of residence and sign the bottom of the second page.**

With the exception of any source(s) of income reported above in this form, I certify by my signature that I have not received and am not eligible to receive any source of income, except for my disability benefits from this plan. Further, I understand that should I receive income of any kind or perform work of any kind during any period The Hartford has approved my disability claim, I must report all details to The Hartford, immediately. If I receive disability income benefits greater than those which should have been paid, I understand that I will be required to provide a lump sum repayment to the Plan. The Hartford has the option to reduce or eliminate future disability payments in order to recover any overpayment balance that is not reimbursed.

**For residents of all states EXCEPT Arizona, Alabama, California, Colorado, Florida, Kentucky, Maine, Maryland, New Jersey, New York, Ohio, Oklahoma, Oregon, Pennsylvania, Puerto Rico, Tennessee, Virginia and Washington:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**For Residents of Arizona:** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**For Residents of Alabama:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**For Residents of California:** For your protection, California law requires the following to appear on this form: Any person who knowingly presents false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**For residents of Colorado:** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**For residents of Florida:** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**For residents of Kentucky:** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim or an application for insurance containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**For residents of Maine, Tennessee, and Washington:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines and denial of insurance benefits.

**For Residents of Maryland:** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit and who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**For residents of New Jersey:** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties. Any person who includes any false or misleading information on an application for insurance policy is subject to criminal and civil penalties.

**For residents of Ohio:** Any person who, with intent to defraud or knowing he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**For residents of Oklahoma:** WARNING: Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**For residents of Oregon:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto that the insurer relied upon is subject to a denial and/or reduction in insurance benefits and may be subject to any civil penalties available.

**For residents of Pennsylvania:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material hereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

Claim Number: 36508451

**Signature -** Please read the statement that applies to your state of residence and sign the bottom of the page.

**For residents of Puerto Rico:** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**For residents of Virginia:** Any person who, with the intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement may have violated the state law.

**For residents of New York:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

The statements contained in this form are true and complete to the best of my knowledge and belief.

_Luciano A. Russo_                                                     5/9/23
Signature                                                              Date

Electronic Funds Transfer (EFT) is our standard method of payment. When making our claim decision we may contact you to obtain your banking information.



LC-7709-2                           Page 5 of 5                           07/2020

Please fax the completed form to:
Toll Free Fax: 833-357-5153
The Hartford
PO Box 14869 Lexington, KY-40512
Email: GBInformationUpload@thehartford.com

## Attending Physician's Statement – Initial

**To be completed by Provider** (The patient is responsible for completion of this form without expense to the company)

| Patient Last Name: | Patient First (or Preferred) Name: | Date of Birth: | Claim Id Number: |
|---|---|---|---|
| RUSSO | LUCIANO | | 36508451 |

### Condition

Patient's condition is a result of:
- [X] Illness
- [ ] Injury
- [ ] Pregnancy

If illness or injury, is condition related to:
- [ ] Work Activity
- [ ] Motor Vehicle Accident
- [ ] Intentional/Self-Inflicted

If pregnancy, what is date of delivery? __/X/____ MM DD YYYY
- [ ] Actual
- [ ] Estimated

Condition onset: 1/19/2005

Date you first treated this patient: 6/8/2001

First day recommended out of work: 9/29/2022

Office visit to complete this form: 5/8/23
- [X] In Person
- [ ] Telemedicine

Projected return to work date: 9/6/2023 Lawsuit pending

### Disabling Diagnosis(es) and Impact to Function

ICD-10 Code — Please provide most specific codes: K51.8 and K51.3

Description of corresponding symptoms: fever abd pain

### Co-Morbid Conditions with Impact to Diagnosis

- [ ] None
- [X] Diabetes
- [ ] Hypertension
- [ ] COPD
- [ ] Opioid Usage
- [ ] Heart Disease
- [ ] Obesity
- [X] Arthritis
- [ ] Psoriasis
- [ ] Asthma/Bronchitis
- [ ] Auto-Immune Disease
- [ ] Other ____
- [ ] Mental Health
- [ ] Cognitive Impairment

In your opinion is the patient competent to endorse checks and direct the use of proceeds? [X] Yes [ ] No

### Treatment Plan

- [X] Conservative treatment
- [ ] Bed Rest
- [ ] Palliative care
- [ ] Hospice Care
- [ ] Hospitalization   Admittance date: __/__/____   Discharge date: __/__/____
- [X] Next/Another appointment   Date: 9/6/2023   [X] In Person  [ ] Telemedicine
- [ ] Physical/Occupational therapy  |__| times per week  [ ] until __/__/____  [ ] Actual  [ ] Estimated
- [ ] Surgery   Date: __/__/____   CPT Code(s): |__||__||__||__||__| and |__||__||__||__||__|
- [ ] Referral to a specialist   Type: ____   Contact Info: ____

### Current Medications (related to condition or impacting function)

- [ ] None  [ ] Over counter medications: Lansopin 24, pepcin, VIBERZI, Sucralfate Metoclopramide
- [X] Prescription medications   Name(s): ____
- [X] Impacting function? [X] Yes [ ] No  If yes, why? Need Remicade infusion
- [ ] Chemotherapy  [ ] Radiation   Start Date: __/__/____   End Date: __/__/____

The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries, including underwriting companies Hartford Life and Accident Insurance Company and Hartford Fire Insurance Company. Home Office is Hartford, CT. The Hartford is the administrator for certain group benefits business written by Aetna Life Insurance Company and Talcott Resolution Life Insurance Company (formerly known as Hartford Life Insurance Company). The Hartford also provides administrative and claim services for employer leave of absence programs and self-funded disability benefit plans.

LC-7135-14                                                Page 1 of 2                                                09/2021

Please fax the completed form to:
Toll Free Fax: 833-357-5153
The Hartford
PO Box 14869 Lexington, KY-40512
Email: GBInformationUpload@thehartford.com

## Attending Physician's Statement – Initial

To be completed by Provider   (The patient is responsible for completion of this form without expense to the company)

Patient Last Name: **RUSSO**
Patient First (or Preferred) Name: **LUCIANO**
Date of Birth:
Claim Id Number: **36508451**

**Level of Functionality** (Based upon your medical findings and opinion, address the full range of your patient's abilities. We will conclude that there are no restrictions on function unless specified below.)

Expected duration of any restriction(s) or limitation(s) listed below THROUGH **9/6/2023** (MM/DD/YYYY)

In a workday the patient is able to: (select either Continuous or Intermittent)

|  | Continuously with standard breaks | | Intermittently with standard breaks | Hours at one time | Total hours in a workday |
|---|---|---|---|---|---|
| Sit | ☑ | or | ☑ needs close proxim to BATHRM | | |
| Stand | ☐ | or | ☐ | | |
| Walk | ☐ | or | ☐ | | |

Key:  C = Continuously (5.5 – 8 hours)  F = Frequently (2.5 – 5.5 hours)  O = Occasionally (up to 2.5 hours)  N = Never

| Activity Ability | C | F | O | N | Activity Ability | Right/Left | C | F | O | N |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ Drive | ☐ | ☐ | ☑ | ☐ | ☐ Squat / Kneel | | ☐ | ☐ | ☑ | ☐ |
| ☐ Weight bearing | ☐ | ☐ | ☑ | ☐ | Hand Dominance | ☐R ☐L | | | | |
| ☐ Climb | ☐ | ☐ | ☑ | ☐ | ☐ Fine Manipulation | ☐R ☐L | ☐ | ☐ | ☑ | ☐ |
| ☐ Bend | ☐ | ☐ | ☑ | ☐ | ☐ Gross Manipulation | ☐R ☐L | ☐ | ☐ | ☑ | ☐ |
| ☐ Max lift | ___LBS | ___LBS | 2 LBS | ___LBS | ☐ Reach above shoulder | ☐R ☐L | ☐ | ☐ | ☑ | ☐ |
| ☐ Max Carry | ___LBS | ___LBS | 2 LBS | ___LBS | ☐ Reach below shoulder | ☐R ☐L | ☐ | ☐ | ☑ | ☐ |

**Completed or Planned Diagnostic Tests, Labs and Imaging** (related to the disabling diagnosis)

Completed: ☐ X-ray __/__/____   ☐ MRI __/__/____   ☐ CT __/__/____   ☐ EKG __/__/____
☐ ECHO __/__/____   ☐ EMG __/__/____   ☐ Lab Work __/__/____

Findings of completed tests: ☑ No significant findings   ☐ Confirmed diagnosis

Planned:   ☐ X-ray  ☐ MRI  ☐ CT  ☐ EKG  ☐ ECHO  ☐ EMG  ☐ Lab Work   Scheduled date __/__/____

**Provider Details**

Provider Name: **GIBILARO**
Specialty: **IM**
EIN Number:
License Number: **160737**

Email:
Phone: (718) 630-5406
Fax: (___) ___-____

Provider Signature:

EUGENE GIBILARO, M.D., F.C.C.P.
623 Bay Ridge Parkway, Ground Floor
Brooklyn, New York 11209

Date: **5/9/2023**

LC-7135-14   Page 2 of 2   09/2021

Claim Number: 36508451

## AUTHORIZATION TO OBTAIN AND DISCLOSE INFORMATION

I allow all doctors, hospitals, other health care providers, pharmacy, pharmacy benefit managers, government agencies (including, but not limited to, Federal, State or Local, and the Social Security Administration and Veterans Administration), insurers, employers, financial institutions, educational institutions, health plans, health insurance carriers, policyholders, contract holders, vendors, health and benefit insurers and administrators or their successors ("Records Holders") to give to and discuss with The Hartford and its representatives, the following personal, private, or privileged information, records, or documents related to:

Insured's Name (Please Print): Luciano A. Russo

Date of Birth: 8/7/72

Employer/Policyholder's Name: National Grid / Luciano A. Russo

Any and all medical information or records, including medical histories, physical, mental, or diagnostic examinations, pharmaceutical records, and treatment notes, and including information regarding HIV/AIDS, communicable diseases, alcohol or substance abuse, and behavioral or mental health (but excluding psychotherapy notes); work and performance information and history, including job duties and earnings; information on any insurance coverage and claims filed, including all records and information related to such coverage and claims; financial information, including pension benefits and bank records; business transaction billing and payment records; academic transcripts; and any and all information concerning Social Security or other government benefits, including monthly benefit amounts, monthly payment amounts, entitlement dates, and information from my Master Beneficiary Record. The information obtained by use of this Authorization will be used by The Hartford (including subsidiaries and affiliates) for the purpose of evaluating and administering my claim(s) for benefits and /or leave request(s) and/or request(s) for accommodation. Such information shall be referred to herein collectively as "My Information."

I understand that once My Information has been disclosed to The Hartford as permitted under this Authorization, it may be re-disclosed by The Hartford as permitted by law or my further authorization. Without limiting the foregoing, I authorize The Hartford to use or disclose My Information (i) to my employer for: a) functions related to accommodating my restrictions/limitations, including in accordance with law; b) responding to claims related to accommodation, adverse or discriminatory treatment related to my claim or condition; c) responding to complaints by me or my representative relating to benefits, leave or accommodation; d) responding to any litigation, agency or regulatory proceeding, grievance, alternative dispute resolution, or lawful subpoena (including regarding employment claims); e) federal, state, or other leave administration; f) fulfilling fiduciary obligations under my benefit plan; or (g) claim, other audits or benefit program reviews; (ii) to administrators or other service providers, including health and wellness vendors, of my employer's benefit plan(s) and/or programs, including leave management, for plan, benefit, or program related functions or data aggregation and analysis; (iii) to any electronic claim systems or programs or third party vendors used for claims administration or processing or to any insurance broker to carry out functions related to my benefit plan/program or claim; (iv) to any health care professional who has treated or evaluated me or who may do so; (v) to other persons or entities performing business, medical, or legal services related to my claim; (vi) for other insurance, reinsurance or analytical purposes, including workers' compensation insurance, Social Security Disability insurance, or subrogation or reimbursement purposes ; (vii) as may be lawfully required; (viii) as may be reasonably necessary to protect the personal safety of others or myself; (ix) as may be reasonably necessary to respond to regulatory or similar complaints; and (x) as may be reasonably necessary to prevent or detect perpetration of a fraud. I understand that My Information disclosed to The Hartford and re-disclosed to others could include information regarding alcohol and substance abuse, HIV/AIDS, other communicable diseases, and behavioral and mental health records.

The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries, including underwriting companies Hartford Life and Accident Insurance Company and Hartford Fire Insurance Company. Home Office is Hartford, CT. The Hartford is the administrator for certain group benefits business written by Aetna Life Insurance Company and Talcott Resolution Life Insurance Company (formerly known as Hartford Life Insurance Company). The Hartford also provides administrative and claim services for employer leave of absence programs and self-funded disability benefit plans.

*(Continue to next page)*

LC-7708-2                                   Page 1 of 2                                   12/2020

Claim Number: 36508451

I understand that once my Information is given out as allowed in this form, federal privacy laws may not protect it and it may be re-disclosed by The Hartford. I also understand that information disclosed pursuant to this Authorization may be subject to re-disclosure by the recipient. The Authorizations set forth herein expire two years from the date listed below, or upon my written revocation, if earlier, except as may be reasonably necessary to prevent or detect perpetration of a fraud, adjudicate a benefits claim, respond to regulatory or similar complaints, or protect the personal safety of others or myself. I understand that if The Hartford is the administrator of my employer's self-insured disability program or leave program that my employer is entitled to receive my records without this Authorization. I understand that a revocation of this Authorization is not effective to the extent that any of my Record Holders or The Hartford has relied on this Authorization or to the extent that the Hartford has a legal right to contest a claim for benefits or to contest the policy. If I do not sign this Authorization, The Hartford may not be able to review my claim and determine whether I am eligible for benefits. This may result in a delay or denial of my request for benefits.

The Information released under this Authorization can be submitted to The Hartford electronically, by phone or fax, or by mail. I agree that a copy of this Authorization may be treated as a signed original. I understand that I am entitled to receive a copy of this Authorization upon request. If there is a conflict between a prior request for restriction on the disclosure of My Information and this Authorization, this Authorization will control.

**NOTICE TO INFORMATION PROVIDERS:**
The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family members genetic tests, the fact that an individual or an individuals' family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services. Please note that it is appropriate under GINA to provide family medical history when an employee is requesting leave to care for a family member.

_Luciano A. Russo_    5/9/23
**Signature of Claimant or Legal Representative**    **Date**

_____
**Name and Relationship to Claimant**  *(if signed by Legal Representative)*

**Form must be signed and dated.**



Claim Number: 36508451

# Electronic Funds Transfer (EFT) Request Form — THE HARTFORD

**Instructions**
1. Read the Terms and Conditions listed below.
2. Enter your name, address, home telephone number and Employee ID.
3. Complete the bank and account information for your Electronic Funds Transfer request.
4. You and all other parties to the account specified must sign this form.
5. Return the completed form to The Hartford Claims Office

**Note:** Failure to provide the requested information may affect the processing of this form and may delay or prevent the receipt of payments through the EFT Program.

Name: Luciano A. Russo
Address: 228 91st Street Brooklyn, NY 11209
Telephone Number: (917) 440-4547
Employee ID: 71012143
Name of Bank: Citizens
Bank Address: 9201 3rd Ave. Brooklyn, NY 11209
Bank Telephone Number: (800) 684-2222

Type of Account (select one):
Checking: ✓           Saving:
Account Number: 021313103    Account Number: 4024022228
Bank Routing Number: _____

Attach a voided blank personal check.

Indicate any other names on the account selected:
_____

**AUTHORIZATION**
I / We authorize ( Luciano A. Russo ) and affiliated companies (herein after called The Hartford), to initiate credit entries (and to initiate, if necessary, debit entries and adjustments for credit entries made in error) to my (our) account indicated above and the Depository named above, hereinafter called Depository, to credit and/or debit the same to such account. I (we) acknowledge that the origination of A C H transactions to my (our) account must comply with the provisions of U.S. law. This authorization is to remain in full force and effect until The Hartford has received written notice from me (us) of its termination in such time and in such manner as to afford The Hartford and Depository a reasonable opportunity to act on it.

Signature(s): Luciano A. Russo    Date: 5/9/23

The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries, including underwriting companies Hartford Life and Accident Insurance Company and Hartford Fire Insurance Company. Home Office is Hartford, CT. The Hartford is the administrator for certain group benefits business written by Aetna Life Insurance Company and Talcott Resolution Life Insurance Company (formerly known as Hartford Life Insurance Company). The Hartford also provides administrative and claim services for employer leave of absence programs and self-funded disability benefit plans.

07/2019

Claim Number: 36508451

### TERMS AND CONDITIONS

The Hartford will not be responsible for any banking fees charged for direct deposit or electronic funds transfer.

I understand that this agreement may be terminated by me upon written notice to The Hartford.

The cancellation will be processed for the time period following receipt of the notice.

I understand that a change in the title of this account which alters the interest of any party terminates this authorization and that a new authorization must then be submitted to continue direct deposit/EFT.

I understand that it is my responsibility to inform The Hartford of any address changes immediately.

I further understand that any benefit payment forwarded to the financial institution covering a period of time after my death will be refunded to The Hartford. I agree that the financial institution shall have the right of offset for such a refund.

I authorize the financial institution specified in this authorization to provide The Hartford with my home address and the names of any joint account holders for the account specified herein.

I understand that I am responsible for verifying the accuracy of my account data and for promptly notifying The Hartford of any errors or changes including termination of my EFT request.

### SPECIAL NOTICE TO OTHER PARTIES TO THIS ACCOUNT.

As a party to this account, I understand that I am personally liable, both individually and as a member of the group of parties to this account, for the full amount of all benefit payments covering any period after the death of the disability benefit recipient. This is a liability to The Hartford. If I am entitled to any benefit as the beneficiary of the disability benefit recipient, the amount of my liability may be deducted from the amount payable to me. I agree that the financial institution shall have the right of offset for such a refund, and I authorize the financial institution to provide The Hartford with my home address.

### CANCELLATION

The agreement represented by this authorization remains in effect until cancelled by the recipient by notice to The Hartford or by the death or legal incapacity of the recipient. Upon cancellation by the recipient, the recipient should notify the receiving financial institution that he/she is doing so. The agreement represented by this authorization may be cancelled by the financial institution by providing the recipient a written notice 30 days in advance of the cancellation date. The recipient must immediately notify The Hartford if the authorization is cancelled by the financial institution. The financial institution can not cancel the authorization by advice to The Hartford.



THE HARTFORD

_Luciano A. Russo_                                        5/9/23
Signature:                                                Date:

I certify that I have read and understand the Terms and Conditions of this EFT Agreement, including the SPECIAL NOTICE TO OTHER PARTIES TO THIS ACCOUNT.

_____                          _____
Signature(s) of Other Persons on Account:                Date

_____                          _____
                                                         Date:

07/2019

